[No. 64209-0-I. Division One. February 14, 2011.]

DAVID CARSON ET AL., *Respondents*, v. STEPHEN ROCKOW ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-36163-4, Michael J. Trickey, J., entered August 24, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Schindler and Spearman, JJ.

[No. 39327-1-II. Division Two. February 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L. SALLEE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00482-1, Amber L. Finlay, J., entered May 19, 2009. *Affirmed* by unpublished opinion per Serko, J. Pro Tem., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 39935-1-II. Division Two. February 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARD GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01956-0, Robert L. Harris, J., entered October 26, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 39941-5-II. Division Two. February 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN TAYLOR REED, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00178-7, James W. Lawler, J., entered November 3, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Hunt and Van Deren, JJ.